**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHRISTOPHER SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>CEREVEL THERAPEUTICS HOLDINGS, INC., N. ANTHONY COLES, RON RENAUD, MARIJN DEKKERS, DOUG GIORDANO, CHRISTOPHER GORDON, ADAM KOPPEL, NORBERT RIEDEL, GABRIELLE SULZBERGER, RUTH MCKERNAN, DEVAL PATRICK, DEBORAH BARON, and SUNEET VARMA,<br><br>Defendants. | ) | Case No. 1:24-cv-00099-GBW<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: April 17, 2024

**LONG LAW, LLC**

By: */s/ Brian D. Long*

Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*